THE ATTORNEY GENERAL
OF TEXAS



GERALD C. MANN
~~XXXXXXXXXXXX~~
ATTORNEY GENERAL

Hon. Charles W. Castner, M.D.
Chief of Eleemosynary Division
State Board of Control
Austin, Texas

Dear Sir:

Opinion No. 0-1411
Re: Traveling expenses of superin-
tendents of eleemosynary insti-
tutions.

By your letter of September 8, 1939, you ask the opinion
of this department upon the following question.

"Whether State mental hospital superinten-
dents may attend the American Hospital Association
meeting, its conferences and demonstrations, the
American Psychiatric Association meeting, its con-
ferences and clinics, or the Texas Neurological
Society meeting, at State expense, when such trips
are authorized by the State Board of Control?"

The rider to the Eleemosynary Appropriation Bill reads in
part as follows:

"Traveling expenses. None of these appro-
priations may be used for traveling outside of the
State of Texas without the advance written consent
of the State Board of Control, except in adjoining
States in deporting non-resident inmates and return
escaped inmates to institutions. Otherwise, the
State Comptroller shall apply the same rules to the
approval and payment of traveling expenses of all
employees except the superintendents of the eleemosy-
nary institutions as he applies to such expenses of
the State Departments. Superintendents' trips shall
be as authorized by the Board of Control."

The rider to the Departmental Appropriation Bill provides
in part as follows:

"No moneys herein appropriated shall ever be
spent to pay the traveling expenses of any State
employee to any type of convention within the State
or without the State."

"Except as otherwise specifically exempted, the provisions of this Act shall also apply to department heads and members of commissions."

Your attention is directed to the fact that the rider to the Eleemosynary Appropriation Bill specifically excepts the superintendents of the eleemosynary institutions from the provision that the State Comptroller shall apply the same rules to the approval and payment of traveling expenses of all employees of eleemosynary institutions as he applies to such expenses of the State Departments.    Therefore, although the meetings referred to in your inquiry are, in their nature, "conventions," nevertheless, by virtue of this specific exemption, superintendents of eleemosynary institutions may, if and when such trips are permitted by the State Board of Control, attend such conferences or conventions as may relate to the administration of the particular eleemosynary institution over which the superintendent has charge.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By   R.W. Fairchild
     R.W. Fairchild
     Assistant

RWF:pbp

APPROVED SEP 14, 1939
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE BY s/EWC Chairman.